JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Roy Yiun,<br><br>   Plaintiff,<br><br>  v.<br><br>The Vons Companies, et al,,<br><br>   Defendants.<br>_____ _____ | SACV 19-00165JVS(KESx)<br><br>ORDER OF DISMISSAL |

  The Court having issued an Order to Show Cause on June 10, 2019 as to why this action should not be dismissed for lack of prosecution, and to date no response having been filed,

  IT IS HEREBY ORDERED that this action is dismissed without prejudice for failure to prosecute.

DATED: June 26, 2019

_____
James V. Selna
United States District Judge